STANDING CHAPTER 13 TRUSTEE ALEJANDRO OLIVERAS RIVERA
REPORT OF ACTION TAKEN
MEETING OF CREDITORS

In re:

PEDRO J ROSARIO PEREZ
MARIA CANINO MOJICA         Chapter 13

Case No. 11-02523-ESL

Attorney Name: MARILYN VALDES ORTEGA*

## I. Appearances

Debtor           [✓] Present   [ ] Absent
Joint Debtor     [✓] Present   [ ] Absent
Attorney for Debtor [✓] Present [ ] Absent
[ ] Pro-se
[✓] Substitute __Att. Henriquez__

Date: April 27, 2011
Time: 3:15pm   Track: R
[✓] This is debtor(s) 1st Bankruptcy filing.
Liquidation Value: $37,483.00
Creditors
  —none—

## II. Oath Administered
[✓] Yes        [ ] No

## III. Documents Filed/Provided

[✓] Schedules
[✓] Statement of Financial Affairs (SOFA)
[✓] Statement of Current Monthly Income (SCMI)
[✓] Credit counseling briefing certificate (CCC)
    [ ] Waiver requested by debtor(s)
[ ] DSO Certificate

[ ] DSO Recipient's information
[✓] State Tax Returns 07-10 [✓] Returned
[✓] Federal Tax Returns 07-10 [✓] Returned
[ ] Evidence of income (60 days prior to petition)

## IV. Status of Meeting  [✓] Closed   [ ] Not Held   [ ] Continued _____ at _____

## V. Trustee's Report on Confirmation

[ ] FAVORABLE
[✓] UNFAVORABLE

[ ] Feasibility
[ ] Insufficiently funded
[ ] Unfair discrimination
[✓] Fails liquidation value test
[ ] Fails disposable income test (I & J)
[ ] No provision for secured creditor(s)

[ ] Treat value of collateral separately
[ ] No provision for insurance
[ ] Tax returns missing
    [ ] State - years _____
    [ ] Federal - years _____

[ ] No DSO certificate (Post-petition)
[✓] Evidence of income  evidence income from business "AFAC"
    [✓] Missing   [ ] Incomplete
[ ] Stmt. of Current Monthly Income
    [ ] Incomplete   [ ] Missing
    [ ] Fails commitment period   [ ] Fails Disp. Income
[ ] Certificate of Credit briefing
    [ ] Missing   [ ] More than 180 days
    [ ] Issuer not certified by U.S.T.
[ ] Incomplete schedules
[ ] Incomplete S.O.F.A.
[ ] Other:

STANDING CHAPTER 13 TRUSTEE ALEJANDRO OLIVERAS RIVERA
REPORT OF ACTION TAKEN
MEETING OF CREDITORS

In re:

PEDRO J ROSARIO PEREZ  
MARIA CANINO MOJICA

Case No. 11-02523-ESL

Chapter 13  Attorney Name: MARILYN VALDES ORTEGA*

### VI. Plan (Cont.)
Date: March, 28, 2011  Base $ 45,600.00  [X] Filed  Evidence of Pmt shown: _____
Payments _1_ made out of _/_ due.  [ ] Not Filed

### VII. Confirmation Hearing Date: May, 25, 2011

### VIII. Attorney's fees as per R. 2016(b)
$3,000.00 - $100.00 = $2,900.00

### IX. Documents to be provided w/in _10_ days

[ ] Amended schedules _____
[ ] Insurance estimate _____
[ ] Assumption/Rejection executory contract _____
[ ] Appraisal _____
[ ] State tax returns years _____
[ ] Federal tax returns years _____
[ ] Correct SS # (Form B21)
  [ ] Debtor  [ ] Joint debtor
[ ] Other: _____

[ ] Amended S.O.F.A. _____
[ ] Amended plan
[ ] Business Documents
  [ ] Monthly reports for the months _____
[ ] Public Liability Insurance
[ ] Premises _____
[ ] Vehicle(s) _____
[✓] Licenses issued by: Dvv-rent

[ ] M.T.D. to be filed by Trustee: Debtor(s): [ ] failed to appear; [ ] failed to commence payments; [ ] failed to keep payments current; [ ] does (do) not qualify as a debtor (§109); _____
[ ] Other: _____

| COMMENTS |
|---|
| ① Amend petition: aka business name "AFAC" |
| ② Amend plan: step up after maturity date of auto loan – October, 2015 |

_/s/ Maria_  
Trustee/Presiding Officer

Date: April 27, 2011
(Rev.