IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

| IN RE: | CASE NUM.: 11-02523 ESL |
|---|---|
| PEDRO J. ROSARIO PEREZ<br>MARIA CANINO MOJICA<br>DEBTORS | CHAPTER 13 (ASSET CASE) |

## CERTIFICATE OF SERVICE

**TO THE HONORABLE COURT:**

**COMES(S)** now Debtor(s) represented by the undersigned counsel and respectfully allege(s) and pray(s) as follows:

1. The undersigned attorney hereby a certificate that has notified all creditors and persons with interest as per master address list of the Chapter 13, **dated 5/17/2011.**

**WHEREFORE,** it is respectfully requested from this Honorable Court to take notice of this service.

In San Juan, Puerto Rico, this 17th, day of May 2011.

**RESPECTFULLY SUBMITTED.**

*/S/MARILYN VALDES ORTEGA*
**MARILYN VALDES ORTEGA**
USDC PR 214711
P.O.Box 195596
San Juan, PR 00919-5596
Tel. (787) 758-4400
Fax. (787) 763-0144
E-mail: valdeslaw@prtc.net

United States Bankruptcy Court
District of Puerto Rico

IN RE:     Case No. **11-02523-ESL**

**ROSARIO PEREZ, PEDRO J & CANINO MOJICA, MARIA**     Chapter **13**
Debtor(s)

## CHAPTER 13 PAYMENT PLAN

1. The future earnings of the Debtor(s) are submitted to the supervision and control of the Trustee and the Debtor(s) shall make payments to the Trustee ☑ directly ☐ by payroll deductions as hereinafter provided in the PAYMENT PLAN SCHEDULE.
2. The Trustee shall distribute the funds so received as hereinafter provided in the DISBURSEMENT SCHEDULE.

---

PLAN DATED: _____     ☑ AMENDED PLAN DATED: **5/17/2011**
☐ PRE ☐ POST-CONFIRMATION     Filed by: ☑ Debtor ☐ Trustee ☐ Other

### I. PAYMENT PLAN SCHEDULE

| $ | | | |
|---|---|---|---|
| $ | 760.00 x | 12 = $ | 9,120.00 |
| $ | 880.00 x | 43 = $ | 37,840.00 |
| $ | 1,080.00 x | 5 = $ | 5,400.00 |
| $ | x | = $ | |
| $ | x | = $ | |

TOTAL: $ **52,360.00**

Additional Payments:
$ _____ to be paid as a LUMP SUM within _____ with proceeds to come from:

☐ Sale of Property identified as follows:
_____

☐ Other:
_____

Periodic Payments to be made other than, and in addition to the above:
$ _____ x _____ = $ _____

PROPOSED BASE: $ **52,360.00**

### III. ATTORNEY'S FEES
(Treated as § 507 Priorities)

Outstanding balance as per Rule 2016(b) Fee Disclosure Statement: $ **2,900.00**

Signed: **/s/ PEDRO J ROSARIO PEREZ**
           Debtor

**/s/ MARIA CANINO MOJICA**
Joint Debtor

### II. DISBURSEMENT SCHEDULE

A. ADEQUATE PROTECTION PAYMENTS OR $ _____
B. SECURED CLAIMS:
☐ Debtor represents no secured claims.
☑ Creditors having secured claims will retain their liens and shall be paid as follows:
1. ☑ Trustee pays secured ARREARS:
Cr. **RELIABLE FINANCI/**    Cr. _____    Cr. _____
# **A04024096000**    # _____    # _____
$ **989.10**    $ _____    $ _____
2. ☐ Trustee pays IN FULL Secured Claims:
Cr. _____    Cr. _____    Cr. _____
# _____    # _____    # _____
$ _____    $ _____    $ _____
3. ☐ Trustee pays VALUE OF COLLATERAL:
Cr. _____    Cr. _____    Cr. _____
# _____    # _____    # _____
$ _____    $ _____    $ _____
4. ☑ Debtor SURRENDERS COLLATERAL to Lien Holder:
**COOP A/C VEGA AL**
5. ☐ Other:

6. ☑ Debtor otherwise maintains regular payments directly to:
**RELIABLE FINANCI/**
C. PRIORITIES: The Trustee shall pay priorities in accordance with the law. 11 U.S.C. § 507 and § 1322(a)(2)
D. UNSECURED CLAIMS: Plan ☐ Classifies ☑ Does not Classify Claims.
1. (a) Class A: ☐ Co-debtor Claims / ☐ Other: _____
          ☐ Paid 100% / ☐ Other: _____
Cr. _____    Cr. _____    Cr. _____
# _____    # _____    # _____
$ _____    $ _____    $ _____
2. Unsecured Claims otherwise receive PRO-RATA disbursements.

OTHER PROVISIONS: (*Executory contracts; payment of interest to unsecureds, etc.*)
TRUSTEE TO PAY ATORNEY'S FEES BEFORE ANY SECURED OR PRIORITY CREDITOR 11 USC 330.

FAILURE TO TIMELY OBJECT TO THIS PLAN CONSTITUTES A WAIVER OF THE EQUAL MONTHLY AMOUNT METHOD OF PAYMENT UNDER 11 USC 1325(a)(5).

TAX REFUNDS, IF ANY ARE RECEIVED BY DEBTOR, WILL BE TENDERED TO THE TRUSTEE AS A PERIODIC PAYMENT TO FUND THE PLAN UNTIL PLAN COMPLETION IN ADDITION TO PAYMENTS PROVIDED HEREIN. IF DEBTOR(S) NEED TO USE ANY PART OF THESE FUNDS, PROPER AUTHORIZATION WILL BE SOUGHT THE COURT FOR SUCH PURPOSE.

STEP UP PAYMENT IN MONTH NUMBER 56 IS AT THE TIME DEBTOR PAYS OF AUTO LOAN.

---

Attorney for Debtor **Marilyn Valdes Ortega Law Offices**     Phone: **(787) 758-4400**

CHAPTER 13 PAYMENT PLAN

**I HEREBY CERTIFY:** That I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System which will send notification of such filing to the following:

**11-02523-ESL13 Notice will be electronically mailed to:**

MONSITA LECAROZ ARRIBAS
ustpregion21.hr.ecf@usdoj.gov

ALEJANDRO OLIVERAS RIVERA
aorecf@ch13sju.com

MARILYN VALDES ORTEGA on behalf of Debtor PEDRO J. ROSARIO PEREZ
valdeslaw@prtc.net

**I HEREBY CERTIFY:** That I have mailed by regular mail to all creditors listed.

**10-02523-ESL13 Notice will not be electronically mailed to:**

AMERICAN EXPRESS
PO BOX 1270
NEWARK, NJ 07101-1270

BANCO POPULAR DE PR
PO BOX 366818
SAN JUAN, PR 00936-6818

BANCO SANTANDER DE PR
PO BOX 362589
SAN JUAN, PR 00936

COOP A/C VEGA ALTA
PO BOX 1078
VEGA ALTA, PR 00692

COSTCO WHOLESALE
HSBC RETAIL SERVICES
PO BOX 15521
WILMINGTON, DE 19850-5521

DEPARTAMENTO DE HACIENDA
PO BOX 9024140
OFICINA 424 B
SAN JUAN, PR 00902-4140

DEPARTAMENTO DEL TRABAJO
AVE MUÑOZ RIVERA 505
HATO REY, PR 00918

FEDERAL LITIGATION DEPT OF JUSTICE
PO BOX 9020192
SAN JUAN, PR 00902-0192

FIA CARD SERVICES
PO BOX 15026
WILMINGTON, DE 19850-5026

RELIABLE FINANCIAL SERVICES
9615 AVE LOS ROMEROS, SUITE 1100
URB MONTEHIEDRA
SAN JUAN, PR 00926

SAM'S CLUB
PO BOX 530942
ATLANTA, GA 30353-0942